**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACQUELINE A., | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  24-4871 |

**ORDER**

**AND NOW**, this 30th day of June 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall explain the origin of the 30-day training-period limitation and explain what evidence demonstrates that Plaintiff would be capable of tolerating frequent interaction with others during the initial month of employment while otherwise being limited to only occasional interaction on a regular and continuing basis.

**BY THE COURT**:


        /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Frank Bisignano became Commissioner of the Social Security Administration on May 7, 2025.  Pursuant to Fed. R. Civ. P. 25(d), Mr. Bisignano is substituted as Defendant in this suit and, pursuant to the last sentence of 42 U.S.C. § 405(g), no further action needs to be taken to continue this suit.